B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **NNN Aventura Harbour Centre, LLC**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AAF McQuay Inc**<br>**P.O. Box 905931**<br>**Charlotte, NC 28290** | **AAF McQuay Inc**<br>**P.O. Box 905931**<br>**Charlotte, NC 28290** | | | **8,855.00** |
| **Ajax Consolidated Service Corp**<br>**442 SW 12th Ave**<br>**Deerfield Beach, FL 33442** | **Ajax Consolidated Service Corp**<br>**442 SW 12th Ave**<br>**Deerfield Beach, FL 33442** | | | **35,236.51** |
| **AlliedBarton Security Services**<br>**7300 Corporate Center Drive**<br>**Atlanta, GA 30353** | **AlliedBarton Security Services**<br>**7300 Corporate Center Drive**<br>**Atlanta, GA 30353** | | | **26,621.77** |
| **Ambius**<br>**P.O. Box 14086**<br>**Reading, PA 19612** | **Ambius**<br>**P.O. Box 14086**<br>**Reading, PA 19612** | | | **6,970.00** |
| **Anthony Law Group, LLC**<br>**101 Marietta Street, Suite 3115**<br>**Atlanta, GA 30303** | **Anthony Law Group, LLC**<br>**101 Marietta Street, Suite 3115**<br>**Atlanta, GA 30303** | | | **14,515.00** |
| **C-III Asset Management, LLC as Special Servicer for Wells Fargo Bank**<br>**c/o Roetzel & Andress, P.A.**<br>**420 South Orange Avenue, 7th Flr**<br>**Orlando, FL 32801** | **C-III Asset Management, LLC as Special Servicer for Wells Fargo Bank**<br>**c/o Roetzel & Andress, P.A.**<br>**Orlando, FL 32801** | 5% TIC interest in 18851 NE 28th Ave., Aventura, Florida | | **52,101,595.00**<br><br>**(50,000,000.00 secured)** |
| **Carlton Fields Attny at Law**<br>**100 SE 2nd St**<br>**Ste 4200**<br>**Miami, FL 33131** | **Carlton Fields Attny at Law**<br>**100 SE 2nd St**<br>**Ste 4200**<br>**Miami, FL 33131** | | | **4,150.57** |
| **City of North Miami Beach**<br>**P.O. Box 600427**<br>**North Miami Beach, FL 33160-0427** | **City of North Miami Beach**<br>**P.O. Box 600427**<br>**North Miami Beach, FL 33160-0427** | | | **17,939.04** |
| **Clean 4 Less, Inc.**<br>**P.O. Box 936423**<br>**Pompano Beach, FL 33093** | **Clean 4 Less, Inc.**<br>**P.O. Box 936423**<br>**Pompano Beach, FL 33093** | | | **4,200.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **NNN Aventura Harbour Centre, LLC**  
                Debtor(s)
        Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Country Bill's Lawn Maint Inc**<br>13363 NE 16 Ave<br>Miami, FL 33161 | **Country Bill's Lawn Maint Inc**<br>13363 NE 16 Ave<br>Miami, FL 33161 | | | 5,110.00 |
| **Metropolitan Life Ins.**<br>12802 Tampa Oaks Blvd, Suite 330<br>Tampa, FL 33637 | **Metropolitan Life Ins.**<br>12802 Tampa Oaks Blvd, Suite 330<br>Tampa, FL 33637 | | | 28,391.54 |
| **NRAI Corporate Services, Inc.**<br>2875 Michelle Dr, Suite 100<br>Irvine, CA 92606 | **NRAI Corporate Services, Inc.**<br>2875 Michelle Dr, Suite 100<br>Irvine, CA 92606 | | | 8,942.00 |
| **Otis Elevator Co - Charlotte**<br>P.O. Box 905454<br>Charlotte, NC 28290-5454 | **Otis Elevator Co - Charlotte**<br>P.O. Box 905454<br>Charlotte, NC 28290-5454 | | | 9,565.44 |
| **Phoenix Real Estate Group, Inc.**<br>2929 E Commercial Blvd, Ste 302<br>Fort Lauderdale, FL 33308 | **Phoenix Real Estate Group, Inc.**<br>2929 E Commercial Blvd, Ste 302<br>Fort Lauderdale, FL 33308 | | | 3,862.50 |
| **Quarles & Brady LLP**<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL 60654 | **Quarles & Brady LLP**<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL 60654 | | | 7,993.50 |
| **Real Property Tax Advisors, Inc.**<br>3424 Peachtree Road, NE, Suite 430<br>Atlanta, GA 30326 | **Real Property Tax Advisors, Inc.**<br>3424 Peachtree Road, NE, Suite 430<br>Atlanta, GA 30326 | | | 14,447.73 |
| **Steckbauer Weinhart Jaffe, LLP**<br>333 South Hope Street, 36th Floor<br>Los Angeles, CA 90071 | **Steckbauer Weinhart Jaffe, LLP**<br>333 South Hope Street, 36th Floor<br>Los Angeles, CA 90071 | | | 22,905.32 |
| **Technology Concepts & Design**<br>4510 Weybridge Lan<br>Greensboro, NC 27407 | **Technology Concepts & Design**<br>4510 Weybridge Lan<br>Greensboro, NC 27407 | | | 10,856.42 |
| **Vincent Vaccarella**<br>401 SE 12th Street, Suite 300<br>Fort Lauderdale, FL 33316 | **Vincent Vaccarella**<br>401 SE 12th Street, Suite 300<br>Fort Lauderdale, FL 33316 | | | 5,684.36 |
| **Zenda, LLC**<br>11555 Heron Bay Blvd, #2<br>Pompano Beach, FL 33065 | **Zenda, LLC**<br>11555 Heron Bay Blvd, #2<br>Pompano Beach, FL 33065 | | | 4,594.05 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **NNN Aventura Harbour Centre, LLC**                                          Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 17, 2013**              Signature   **/s/ Todd Mikles**
                                                        **Todd Mikles**
                                                        **Authorized Agent**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.